IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDRE BOXLY, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:25-CV-1754-N-BK |
| § | |
| NAVY FEDERAL CREDIT UNION, § | |
| DEFENDANT. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's *Motion to Dismiss*, Doc. 14, is **GRANTED**. Plaintiff's claim for conversion is **DISMISSED WITH PREJUDICE**. Plaintiff's claims for breach of contract, intentional infliction of emotional distress, and gross negligence are **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint curing the deficiencies noted in the magistrate judge's Findings, Conclusions and Recommendation. **Any amended complaint must be filed within 14 days of the date of this Order.**

SO ORDERED.

Signed March 13, 2026.

_____
DAVID C. GODBEY
UNITED STATES SENIOR DISTRICT JUDGE